NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAIME MELENDEZ,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1728

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-24-0246-I-1.

---

## ON MOTION

---

Before REYNA, HUGHES, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Jaime Melendez appealed to the Merit Systems Protection Board asserting his resignation was involuntary and alleging, among other things, disability discrimination. After the Board dismissed his appeal, he filed this petition seeking review of the Board's decision as well as review of a related action before the EEOC. In response to the

court's show cause order, Mr. Melendez confirms that he wishes to continue to pursue his discrimination claims and requests transfer to the United States District Court for the Central District of California. The Board agrees that transfer to the Central District of California is appropriate without taking a position on the EEOC action.

Federal district courts, not this court, have jurisdiction over "[c]ases of discrimination subject to the provisions of [5 U.S.C. §] 7702," 5 U.S.C. § 7703(b)(2), and also over civil actions seeking judicial review of an EEOC decision, s*ee* 42 U.S.C. § 2000e-16(c); 28 U.S.C. § 1331. Under the circumstances, we transfer to the United States District Court for the Central District of California, where the alleged employment action occurred. *See* 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case motions and filings are transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 12, 2025
Date